# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael DiMauro,<br><br>      Plaintiff,<br><br>vs.<br><br>Mullooly, Jeffrey, Rooney & Flynn, LLP,<br><br>      Defendant(s). | CASE No: 2:15-cv-00086-LDW-GRB<br><br>CIVIL ACTION |

**<u>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)</u>**

  IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice, without costs to either party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 23, 2015

| | |
|---|---|
| LAW OFFICE OF<br>STUART D. WERBIN | MULLOOLY, JEFFREY, ROONEY &<br>FLYNN LLP |
| By: /s/ Stuart D. Werbin<br> Stuart D. Werbin, Esq.<br> 920 E. 17th St., Ste. 519<br> Brooklyn, NY 11230<br> Tel (646) 942-7464<br> Fax (347) 710-1015<br> swerbin@werbinlaw.com<br> *Attorneys for Plaintiff* | By: /s/ Gerald W. Flynn<br> Gerald W. Flynn, Esq.<br> 6851 Jericho Turnpike<br> Syosset, New York 11791<br> Office: 516-656-5300<br> Direct:  516-656-5326<br> Fax:   516-921-2131<br> gflynn@mjrf.com<br> *Attorneys for Defendant* |