# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael DiMauro, | |
| Plaintiff, | CASE No: 2:15-cv-00086-LDW-GRB |
| vs. | CIVIL ACTION |
| Mullooly, Jeffrey, Rooney & Flynn, LLP, | |
| Defendant(s). | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice, without costs to either party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 23, 2015

| | |
|---|---|
| LAW OFFICE OF<br>STUART D. WERBIN | MULLOOLY, JEFFREY, ROONEY &<br>FLYNN LLP |
| By: /s/ Stuart D. Werbin<br>Stuart D. Werbin, Esq.<br>920 E. 17th St., Ste. 519<br>Brooklyn, NY 11230<br>Tel (646) 942-7464<br>Fax (347) 710-1015<br>swerbin@werbinlaw.com<br>*Attorneys for Plaintiff* | By: /s/ Gerald W. Flynn<br>Gerald W. Flynn, Esq.<br>6851 Jericho Turnpike<br>Syosset, New York 11791<br>Office: 516-656-5300<br>Direct: 516-656-5326<br>Fax: 516-921-2131<br>gflynn@mjrf.com<br>*Attorneys for Defendant* |

SO ORDERED:

USDJ, Leonard D. Wexler

Central Islip, NY
3/26/15